■ In the Matter of MANUFACTURERS AND TRADERS TRUST, as Trustee of LAURENCE G. REINEMAN, Deceased.—Decree unanimously affirmed without costs for reasons stated in the

decision at Erie County Surrogate's Court, Mattina, S. (Appeal from decree of Erie County Surrogate's Court, Mattina, S.—accounting.) Present—Dillon, P. J., Doerr, Boomer, Green and Pine, JJ.